

THE ATTORNEY GENERAL

OF TEXAS

AUSTIN 11, TEXAS

**WILL WILSON**
**ATTORNEY GENERAL**

## February 27, 1959

Hon. E. H. Griffin                    Opinion No. WW-556
District Attorney
Young County                    Re:  Whether the Civil Air Patrol
Graham, Texas                        is exempt from the payment
                                     of the license fee for motor
                                     vehicles under the provisions
Dear Mr. Griffin:                    of Article 6675 A-3, V.A.C.S.

        In your letter of December 23, 1958, you ask whether
or not vehicles owned by the United States Government and
loaned to the Civil Air Patrol are exempt where such vehicles
are used exclusively in the work of the Civil Air Patrol.

        In an opinion by this office dated August 4th, 1958,
Opinion No. WW-487, it was decided that the Civil Air Patrol
is not a United States Governmental Agency and that vehicles
owned and used by them are not entitled to the exemption pro-
vided in Article 6675a-3(e).

        Inasmuch as Article 6675a-3(e) exempts only "vehicles
which are the property of and used exclusively in the service
of the United States Government . . ."(italics added); and,
inasmuch as the Civil Air Patrol is not a United States Govern-
mental Agency; and, even though the title to the cars is in
the United States Government, they are not used exclusively
by the Government.  It is our opinion that such cars must be
registered in accordance with Article 6675a-2.

### SUMMARY

        Since Civil Air Patrol is not a United States
        Governmental Agency, automobiles loaned to it
        by a U. S. Governmental Agency must be regis-
        tered in accordance with Article 6675a-2.

Very truly yours,

WILL WILSON
Attorney General of Texas

by
    John C. Phillips
    Assistant

JCP:fd

APPROVED:

OPINION COMMITTEE:

Geo. P. Blackburn, Chairman

Gordon C. Cass
J. C. Davis, Jr.

REVIEWED FOR THE ATTORNEY GENERAL
BY:
    W. V. Geppert